No. 03–8587.  OGUNJOBI-YOBO v. DEKALB COUNTY, GEORGIA. C. A. 11th Cir.  Certiorari denied.

No. 03–8589.  PREYER v. HALL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–8595.  CALTABIANO v. TOWNSHIP OF GLOUCESTER, NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 03–8596.  ERBY v. CARUSO, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS.  C. A. 6th Cir.  Certiorari denied.

No. 03–8597.  PARKER v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–8599.  BENNETT v. LOUISIANA.  Ct. App. La., 1st Cir. Certiorari denied.

No. 03–8607.  OCHOA v. JAMROG, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 03–8608.  WELDY v. INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 03–8609.  VALLE v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.

No. 03–8612.  KATTICK v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 03–8617.  DAVIS v. ATKINSON, SHERIFF, SEBASTIAN COUNTY, ARKANSAS, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 03–8623.  LENNON v. STONE.  Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 03–8625.  McCOY v. YARBOROUGH, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–8627.  GRAHAM v. GALAZA, WARDEN.  C. A. 9th Cir. Certiorari denied.